UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERAJUL HAQUE,

        Plaintiff,

   v.

SOCIAL SECURITY,

        Defendant.

Case No. 19-mc-80035-HSG

**ORDER DENYING FILING OF PAPERS**

Re: Dkt. No. 1

On February 7, 2019, Plaintiff submitted what appears to be a complaint against the Social Security Administration. *See* Dkt. No. 1. Plaintiff also submitted an application to proceed *in forma pauperis*. *See* Dkt. No. 2.

Plaintiff is subject to a pre-filing review order because he has been declared a vexatious litigant. *See Haque v. Toys R Us*, 3:04-mc-00231-MHP, Dkt. No. 7.

After reviewing the Complaint, the Court **DENIES** the submission by Mr. Haque and orders that his submission remain un-filed. Plaintiff himself notes in his IFP application that his complaint raises claims that have been presented in other lawsuits. *See* Dkt. No. 2 at 4. However, these lawsuits were not allowed to proceed because filing was denied due to Plaintiff being declared a vexatious litigant. *See Haque v. U.S. Attorney*, 5:15-mc-80032-LHK, Dkt. No. 10; *Haque v. Fry's Electronics, Inc.*, 5:02-cv-05147-RMW, Dkt. No. 35.

Plaintiff is directed not to submit any further filings or papers in this closed matter. The Clerk shall return the un-filed documents back to Plaintiff.

**IT IS SO ORDERED.**

Dated: 2/13/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge